Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VALLESILLO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARG BUSINESS LOANS, LLC, a California limited liability company d/b/a CORNERSTONE FUNDING, and JOHN DOE, an unknown business entity,<br><br>　　　　　Defendants. | Case No.:  8:22-cv-01616-FWS-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ALEJANDRO VALLESILLO hereby voluntarily dismisses all Defendants, with prejudice, and each side bearing their own costs and attorney's fees.  No answer or motion for summary judgment has been filed.

Dated: October 25, 2022　　　　　Respectfully submitted,

NOTICE OF VOLUNTARY DISMISSAL　　　　　1　　　　　8:22-cv-01616-FWS-JDE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*